# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TASHAUN YANCY                                          PLAINTIFF

v.                          No. 4:18-cv-587-DPM

DOC HOLLADAY,
Pulaski County Jail                                    DEFENDANT

## ORDER

Yancy hasn't responded to the recommendation; his mail is being returned undelivered. № 11. Unopposed recommendation, № 10, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Yancy's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 November 2018