## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TASHAUN YANCY                                                    PLAINTIFF

v.                        No. 4:18-cv-587-DPM

DOC HOLLADAY,
Pulaski County Jail                                              DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

14 November 2018